

*Attorneys At Law*
*A Limited Liability Partnership*

August 29, 2018

Felicia J. Sanders
44 Carr Street
Providence, RI 02905

RE: 44 Carr Street, Providence, RI 02905
Loan No.: 1012162681

Dear Sir or Madam:

This office represents Specialized Loan Servicing, LLC servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4 in the above referenced matter. Enclosed, please find a Notice of Default and Mortgagee's Right to Foreclose and Notice of Availability of Mortgage Counseling Services.

Very truly yours,

Maggie Pitts-Dilley, Esq.

Enclosure

1080 Main Street
Pawtucket, Rhode Island 02860
p 401.272.1400  f 401.272.1403
www.shslawfirm.com



**To:** Maggie Pitts-Dilley
1080 Main Street, Pawtucket Rhode Island 02860

**From:** Felicia's Estate
**Ex Rel:** FELICIA SANDERS

**In Re:** "Intent to Foreclose" and alleged "Loan No.: 101216281"
**Date:** September 8th, 2018

# Affidavit of Fact and Writ of Discovery

Dear Maggie Pitts-Dilley,

    I am unaware of any information associated with Loan number: 101216281 or any mortgage or other liens on my ancestral estate. In the constitutional nature of discovery, provide the following documents and answers to the following questions so that I may inspect the validity of this 'intent to foreclose' and verify if you or your principal are holder in due course in both law and fact, with any equitable interest in my estate. In accord with the 'Good Faith' clause of both the State and Federal Constitution and pursuant to the common-law principles contained in RI Gen L 34-27-3.2 (c)(3), in a peaceful attempt to deal honestly and fairly, I am willing, on behalf of my estate and heirs, to coordinate a meeting with the intent to determine whether an alternative to foreclosure is feasible if any valid claim is presented to me or my beneficiaries, benefactors, assessors, assignees, attorneys, next of kin etc. after inspection of the documents sent by you, if and only if they are lawfully valid.

1) Provide certified documents of any loan contracts or evidences of debt signed by me as the 'borrower' of any money as prescribed by law (US Con Art. 1 Sec 8 & 10).

2) Provide a Bill of Particulars and or any Banking Transactions associated with the loan in question, sent to the 'Borrower' as proof that lawful money was in fact borrowed, standing as proof of indebtedness for the securing of a mortgage / lien. Including certified documents that prove the account from which the loan was derived, had any gold or silver.

3) Provide a certified copy of the original 'Note'.

4) Clarify, in writing, which laws, if applicable, govern any alleged contracts with my wet ink signature on them i.e. Federal, State, United States Codes, Statutes, Constitutions, Treaties, etc.

5) Produce a certified copy of the 'Affidavit of Closer' associated with the alleged loan and or Mortgage.

In perpetual testimony of this matter (In Perpetuum Rei Testimonium) if these certified documents cannot be provided within 9 (nine) business days upon receipt of this lawful Affidavit and Writ of Discovery, sent via certified mail, then you, your agent(s) and your principal(s) have no equitable interest related to, in association with or pertaining to my ancestral estate located: 41.788619, -71.405942 / *41 degrees 47 minutes 19.0 seconds North, 71 degrees 24 minutes 21.4 seconds West.* [Mailing location: 44 Carr Street, Providence Rhode Island 02905; Parcel (land / estate) Identification: Plat 59 Lot 0393.]

Respectfully sent, executed by my had and seal on this ___8th___ day of __September__ in the year __2018__;

I am: __Felicia Sanders__
Ex Rel: FELICIA SANDERS. Representative of 'Felicia's Estate'.
All Rights Reserved.

Heir: _____
All Rights Reserved.

Witness: _Tony Pasha Adla Ana Nymeria El_
All Rights Reserved.

Witness: _Elle Auguste El_
All Rights Reserved.

Witness: _Julisa Amurra Adoney El_
All Rights Reserved.

Witness: _Rahsaan El-Bey_
All Rights Reserved.

c.c.
Moorish American Consulate
602 Vandever Ave, Wilmington DE, 19802

