# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMHAL TALIB ABDULLAH BEY
    Plaintiff,

    v.                                                                                          CA. No. 19-67-JJM-LDA

NICK OLD FIELD, et al.
    Defendants.

## **JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's Text Order dated February 14, 2019, the judgment is hereby entered dismissing this matter in accordance with Fed. R. Civ. P. 58.

    <u>It is so ordered</u>.


February 14, 2019                                      By the Court:

                                                            <u>/s/ Hanorah Tyer-Witek.</u>
                                                             Clerk of Court