

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

### Case Information

Case Caption: **Jamhal Talib Abdullah Bey**  vs.  **Nick Old Field, et al.**

District Court case number: **19-CV-00067-JJM**   Court of Appeals case number: **19-01198**

### Record Information

Supplemental documents: Text Order dated 2/25/2019
Document #  N/A

Sealed documents:  Yes [ ]   No [x]
*If yes, document #*

*Ex parte* documents:  Yes [ ]   No [x]
*If yes, document #*

Transcripts:  Yes [ ]   No [x]
*If yes, document #*

Trial/Hearing exhibits:  Yes [ ]   No [x]
*If yes, description*

### Certification

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

**HANORAH TYER-WITEK**
Clerk of Court

/s/Nissheneyra Urizandi
Deputy Clerk

Date: 02/25/2019

Reset Form    Print Form    Save