APPEAL,Pro Se Plaintiff

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:19−cv−00067−JJM−LDA

Bey v. Old Field et al  
Assigned to: District Judge John J. McConnell, Jr.  
Referred to: Magistrate Judge Lincoln D. Almond  
Case in other court:  U.S. Court of Appeals for the First Circuit, 19−01198 (requires PACER login)  
Cause: 28:1332 Diversity−(Citizenship)

Date Filed: 02/14/2019  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity

**Plaintiff**

**Jamhal Talib Abdullah Bey**  
*Heir and Successor of Felicias Estate*

represented by **Jamhal Talib Abdullah Bey**  
23 Acorn Street  
3rd Floor  
Suite 79  
Providence, RI 02903  
PRO SE

V.

**Defendant**

**Nick Old Field**  
*CEO Computershare Loan Services*

**Defendant**

**Toby Wells**  
*CEO Specialized Loan Servicing*

**Defendant**

**Debora Aydelotte**  
*CEO of the Lenderline Integration*

**Defendant**

**Brian Simons**  
*CEO, Credit Risk Solutions*

**Defendant**

**Jim Smith**  
*President, Property Solutions*

**Defendant**

**Maggie Pitts−Dilley**

**Defendant**

**Beatrice**
*Teller ID 4916*

**Defendant**

**Katina**
*Teller ID 19405*

**Defendant**

**Specialized Loan Servicing LLC**

**Defendant**

**Tom Millory**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/14/2019 | 1 | | COMPLAINT, filed by Jamhal Talib Abdullah Bey. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Civil Cover Sheet, # <u>5</u> Summons)(Potter, Carrie). (Additional attachment(s) added on 2/14/2019: # <u>6</u> Supporting Memorandum) (Potter, Carrie). (Entered: 02/14/2019) |
| 02/14/2019 | 2 | | MOTION for Leave to Proceed in forma pauperis filed by Jamhal Talib Abdullah Bey. (Potter, Carrie) (Entered: 02/14/2019) |
| 02/14/2019 | | | TEXT ORDER: Pursuant to 28 U.S.C. § 1915, the Court has reviewed Plaintiff's Complaint <u>1</u> and his Motion for IFP status <u>2</u> . The federal court lacks subject matter jurisdiction. The Complaint lists "diversity" as the basis for jurisdiction (ECF No. <u>1</u> at 4) and states that the amount in controversy is $36,000 (Id. at 5). For this Court to have diversity jurisdiction pursuant to 28 U.S.C. § 1332, the amount in controversy must exceed $75,000. Because this Court does not have subject matter jurisdiction over this matter, the Court must dismiss it. Plaintiff's Motion for IFP status <u>2</u> is DENIED as moot. An action of this type would have to be brought in state court – So Ordered by District Judge John J. McConnell, Jr. on 2/14/2019. (Urizandi, Nisshy) (Entered: 02/14/2019) |
| 02/14/2019 | 3 | | JUDGMENT dismissing the Plaintiff's <u>1</u> Complaint entered by the Clerk of Court on 2/14/2019. (Urizandi, Nisshy) (Entered: 02/14/2019) |
| 02/21/2019 | 4 | | NOTICE OF APPEAL by Jamhal Talib Abdullah Bey as to <u>3</u> Judgment, Order on Motion for Leave to Proceed in forma pauperis,,, <br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 2/28/2019. (Potter, Carrie) (Entered: 02/21/2019) |
| 02/21/2019 | 5 | 4 | MOTION for Leave to Appeal in forma pauperis filed by Jamhal Talib Abdullah Bey. (Potter, Carrie) (Entered: 02/21/2019) |
| 02/21/2019 | 6 | | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and a |

2

|  |  |  | |
|---|---|---|---|
|  |  |  | certified copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b). 4 Notice of Appeal. (Attachments: # 1 Record on Appeal)(Potter, Carrie) (Entered: 02/21/2019) |
| 02/22/2019 |  |  | USCA Case Number 19–1198 for 4 Notice of Appeal filed by Jamhal Talib Abdullah Bey. (Potter, Carrie) (Entered: 02/22/2019) |
| 02/25/2019 |  | 7 | TEXT ORDER granting 5 Motion for Leave to Appeal in forma pauperis – So Ordered by District Judge John J. McConnell, Jr. on 2/25/2019. (Urizandi, Nisshy) (Entered: 02/25/2019) |

Rev. 10/13

# United States District Court
## District of Rhode Island

2019 FEB 21 A 11: 53

Jamhal Talib Abdullah Bey
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

v.

CASE NUMBER: 1:19-CV-00067-JJM-LDA

Specialized Loan Servicing Inc
Defendant

I, Jamhal Talib Abdullah Bey, declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [ ] Yes  [X] No  (If "No," go to part 2)

   If "Yes," state the place of your incarceration:

   Are you employed at the institution?  [ ] Yes  [X] No
   Do you receive any payment from the institution?  [ ] Yes  [X] No

   If the answer is "Yes," attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) six months' transactions.

2. Are you currently employed?  [ ] Yes  [X] No

   a) If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer:

   b) If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, explain how you have been supporting yourself: 4th Amendment, the right to be secure in my person, papers and effects. Right to privacy. Article 1 Section 10 of the Constitution. All debts/fees can only be paid in Gold or Silver Coins.

4

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

   a) Business, profession or other self-employment ☐ Yes ☒ No
   b) Rent payments, interest or dividends ☐ Yes ☒ No
   c) Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d) Disability or workers compensation payments ☐ Yes ☒ No
   e) Gifts or inheritances ☐ Yes ☒ No
   f) Any other persons or sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive:

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."

5. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount:

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

   If "Yes," describe the property and state its value:
   I'm an heir to the estate listed in the Complaint

7. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense:
   I am an heir to the estate listed in the Complaint and must administrate it accordingly.

5

Case 1:19-cv-00067-JJM-LDA Document 5 Filed 02/21/19 Page 3 of 3 PageID #: 90

8. Do you have any debts or financial obligations? ☐ Yes ☒ No

   If "Yes," describe the amounts owed and to whom they are payable:

9. Have you transferred any assets within the last 12 months prior to filing this application?

   ☐ Yes ☒ No

   If "Yes," describe the asset and state its value:

10. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only.

    *All other heirs and beneficiaries listed in the Estate are to be supported and provided for.*

I declare under penalty of perjury that the above information is true and correct.

2/21/19
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

---

FOR COURT PURPOSES ONLY:

☐ APPROVED  ☐ DENIED

_____          _____
U.S. MAGISTRATE JUDGE                    DATE

```
MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:
--Case Participants: District Judge John J. McConnell, Jr.
(aileen_sprague@rid.uscourts.gov, jjmnef@rid.uscourts.gov), Magistrate Judge Lincoln D.
Almond (ldanef@rid.uscourts.gov)
--Non Case Participants: Finance Department (claire_parvin@rid.uscourts.gov,
rana_smith@rid.uscourts.gov), United States Marshal Service
(usms-rid-operations@usdoj.gov)
--No Notice Sent:

Message-Id:1381325@rid.uscourts.gov
Subject:Activity in Case 1:19-cv-00067-JJM-LDA Bey v. Old Field et al Order on Motion for
Leave to Appeal in forma pauperis
Content-Type: text/html
```

# U.S. District Court

## District of Rhode Island

**Notice of Electronic Filing**

The following transaction was entered on 2/25/2019 at 10:32 AM EST and filed on 2/25/2019

| | |
|---|---|
| **Case Name:** | Bey v. Old Field et al |
| **Case Number:** | 1:19–cv–00067–JJM–LDA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT ORDER granting [5] Motion for Leave to Appeal in forma pauperis – So Ordered by District Judge John J. McConnell, Jr. on 2/25/2019. (Urizandi, Nisshy)**


**1:19–cv–00067–JJM–LDA Notice has been electronically mailed to:**

**1:19–cv–00067–JJM–LDA Notice has been delivered by other means to:**

Jamhal Talib Abdullah Bey
23 Acorn Street
3rd Floor
Suite 79
Providence, RI 02903