# United States Court of Appeals
## For the First Circuit

No. 19-1198

JAMHAL TALIB ABDULLAH BEY, Heir and Successor of Felicias Estate,

Plaintiff - Appellant,

v.

NICK OLD FIELD, CEO, Computershare Loan Services; TOBY WELLS, CEO, Specialized Loan Servicing; DEBORA AYDELOTTE, CEO, Lenderline Integration; BRIAN SIMONS, CEO, Credit Risk Solutions; JIM SMITH, President, Property Solutions; MAGGIE PITTS-DILLEY; BEATRICE, Teller ID 4916; KATINA, Teller ID 19405; SPECIALIZED LOAN SERVICING LLC; TOM MILLORY,

Defendants - Appellees.

Before

Torruella, Lynch and Kayatta,
Circuit Judges.

**JUDGMENT**

Entered: September 24, 2019

On de novo review, this court agrees with the district court that the operative complaint reflected an insufficient amount in controversy for diversity purposes. See 28 U.S.C. § 1332(a). Accordingly, we affirm the district court's dismissal for lack of subject matter jurisdiction. See Stewart v. Tupperware Corp., 356 F.3d 335, 337 (1st Cir. 2004) (standard of review and general principles). All pending motions are denied.

**Affirmed**. Loc. R. 27.0.

By the Court:

Maria R. Hamilton, Clerk

Case 1:19-cv-00067-JMC-LDA Document 186 Filed 07/24/19 Page 2 of 2 PageID #: 4602

cc:
Jamhal Talib Abdullah Bey